## ISHAM v. TOWNSEND.

In an action of ejectment upon the general issue, the plaintiff may not prevent the defendant from giving in evidence his title, by showing that those under whom he claims have failed of recovering in an action between other parties.

ACTION of ejectment for a certain lot of land and buildings. Issue to the jury.

The plaintiff derived his title regularly down from Dr. Oliver Bulkly under a deed from him to his sons Noah and Chancy, dated in A. D. 1767.

The defendant sets up title under the heirs of Col. John Bulkly, by force of a deed given by said Oliver to said John in A. D. 1753.

To which the plaintiff objected; that said heirs brought their action for said premises against John Watrous, Esq. who was in possession; and in a trial upon the general issue to the jury, verdict and judgment was for said Watrous, and so the title of said heirs had been legally tried and decided.

By the COURT. The defendant is not concluded from giving his title in evidence — as it does not appear to the court upon what ground the heirs failed of recovering in said action.